ORIGINAL

AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

UNITED STATES )
Plaintiff )
v. ) Case No.
CRAIG CARTON )
Defendant )

U.S. DISTRICT COURT FILED
SEP 06 2017
S.D. OF N.Y.

**APPEARANCE OF COUNSEL**

DOC #__ __

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CRAIG CARTON

Date: 9/6/17

_[signature]_
Attorney's signature

AMY LESTER    AL-3398
Printed name and bar number

655 THIRD AVE. 22ND FLOOR NYC 10017
Address

alester@pkbllp.com
E-mail address

646-930-1066
Telephone number

FAX number